## NOLLEY v. STATE ex rel. NEILL et al. (No. 1503.)

(Court of Civil Appeals of Texas. El Paso. May 31, 1923.)

**Appeal and error �köö781(5)—On appeal from order suspending sheriff from office, after expiration of term of office, case dismissable.**

Where an appeal from an order suspending a sheriff from office is taken after the term of the office has expired, the appellate court may dismiss the case.

Appeal from District Court, Eastland County; E. A. Hill, Judge.

Action by the State of Texas, on the relation of D. J. Neill and others, against S. E. Nolley. Judgment for plaintiffs, and defendant appeals. Case dismissed.

Burkett, Orr & McCarty, of Eastland, for appellant.

Turner & Seaberry and Carl P. Springer, all of Eastland, for appellees.

WALTHALL, J. This action was brought on the 4th day of October, 1922, to remove appellant from the office of sheriff of Eastland county; the application alleging incompetency and official misconduct. On application of relators, the trial court entered an order temporarily removing appellant from exercising the functions of the office, and appointed another to discharge the duties of the office, and fixed the bond of the appointee, conditioned as required by law, which bond was duly given, and the appointee qualified as sheriff.

Appellant excepted to the order of temporary suspension from the office, gave notice of appeal, and filed a supersedeas bond on appeal.

The case is not briefed by either side.

We think it is sufficient to say that the office of sheriff, then held by appellant, became vacant at the general election held in the year 1922, and any question of appellant's right to continue in the office ceased with the holding of the general election.

For reason stated, under the authority of McWhorter v. Northcutt et al., 94 Tex. 86, 58 S. W. 720, as to the order to be here entered, the case is dismissed, and the costs taxed against appellant.